## 33056. WILLIAMS v. THE STATE.

PER CURIAM.

George Williams, Jr., has appealed from certain preliminary hearings before the State Court of Fulton County during which he claims his constitutional rights have been violated. Since his appeal is interlocutory, it is dismissed.

*Appeal dismissed. All the Justices concur.*

SUBMITTED DECEMBER 9, 1977 — DECIDED JANUARY 4, 1978.

George Williams, Jr., *pro se.*
*Hinson McAuliffe, Solicitor, Frank A. Bowers, Assistant Solicitor, Joann Jackson Ellison,* for appellee.